# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

KELLY ROSS                                                    PLAINTIFF

v.                              No. 4:26-cv-309-DPM

JOY CAMPANELLI;  GENINE D.
EDWARDS; and BRIAN GOTTLIEB                      DEFENDANTS

## ORDER

In the interest of judicial economy and consistent rulings, the Court directs the Clerk to transfer this case to Chief United States District Judge Kristine G. Baker by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 June 2026